preme Court, Appellate Division, Second Department. March 17, 1916.) Judgments appealed from, both interlocutory and final, affirmed, but, as there are cross-appeals, without costs. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

Solomon MARCUS, an inft., Respt. v. Sonie KRINSKY and ano., Applts. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Marcus M. MARKS, Respt., v. Louis A. ABENHEIMER, impld., Applt. (Supreme Court, Appellate Division, First Department. March 3, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of the claim of Michelina MARTUCCI, etc., respts., v. HILLS BROS. COMPANY, employer, and Frankfort General Insurance Company, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. March 8, 1916.) Motion denied.

Charles W. MARTYNE, appellant, v. AMERICAN UNION FIRE INSURANCE COMPANY, etc., respondent. Actions, Nos. 1, 2, 3 and 4. (Supreme Court, Appellate Division, Second Department. January 19, 1916.) Motion granted, and separate orders to be entered.

Harris MARX, respondent, v. John KOVACS, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Application denied, with $10 costs.

Matter of Louis MATHOT, an attorney. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Referred to official referee. Settle order on notice. Order filed.

Georgina G. MAXWELL, appellant, v. Susan G. HOGE, respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) Inasmuch as the case on appeal herein does not appear to have been settled, we cannot determine what should be printed, as, by general rule 34, whether exhibits in evidence shall be printed at length is to be determined by the trial judge. Motion for stay denied, with $10 costs, without prejudice to such application to the Special Term, upon giving an undertaking to secure the judgment, in favor of Susan Hoge, entered April 10, 1911.

Samuel MAYERS, Applt., v. Samuel BLOOMINGDALE et al., Respts. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. No opinion. Settle order on notice.

MECHANICS & METALS NAT. BANK v. Guiseppe TERMINI. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Application granted on stipulation. Order signed.

Rose MEGUIN, respondent, v. Mary BUEHLER, et al., defendants; Barbara Elsenhans, etc., appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Orders reversed, with $10 costs and disbursements, and motion to vacate judgment and order for service by publication granted, with $10 costs, upon the authority of McLaughlin v. McLaughlin Real Estate Co., 162 App. Div. 644, 147 N. Y. Supp. 959. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur. See, also, 141 N. Y. Supp. 177.

Clara MEHRENLENDER, respondent, v. The INDEPENDENT ORDER FREE SONS OF JUDAH, appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1916.) Judgment and order affirmed, with costs. The assigned error as to the variance between pleading and proof is not presented by a valid exception; the assigned error as to the competency of the witness Henschken, if error, is not prejudicial. It is immaterial what deceased said, if he was illegally suspended. Jenks, P. J., and Thomas, Stapleton, Rich, and Putnam, JJ., concur.

August G. MERLE, Respt., v. SOCIOLOGICAL RESEARCH FILM CORPORATION, impld., Applt. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Order reversed, and motion granted to the extent stated in order. No opinion. Order filed.

In the Matter of John W. MERRIAM. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order reversed, and motion granted to the extent stated in order hereon. No opinion. Order filed.

Wilhelmina MEYER, otherwise known as Wilhelmina Mayo, Respt., v. Virginius St. Julian MAYO, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Max MEYER, plaintiff, v. UNITED DRESSED BEEF COMPANY, defendant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Motion granted.

Charles MILLANG, appellant, v. John GILKINSON, respondent. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Judgment reversed, and new trial granted, costs to abide the event, upon the ground that the questions in issue should have been submitted to the jury. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

Gustave M. MILLER and John E. Miller, respondents, v. EAGLE SAVINGS & LOAN COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1916.) Reargument ordered, and case set down for Tuesday, March 7, 1916.

Charles D. MILLER, Applt., v. David LAUGHLIN, impld., Respt. (Supreme Court,